May Term, 1860.

MEIKEL v. HARMAN.

---

MEIKEL v. HARMAN.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—Suit by *Harman* against *Meikel* on two promissory notes.

Answer in denial; also payment. Trial by the Court; finding and judgment for the plaintiff.

It is assigned for error that the defendant had no notice of the proceedings below, and that the judgment is for 100 dollars more than appears to be due on the notes.

Thursday, June 7.

May Term,     The defendant appeared and answered to the suit. The
1860.     amount found by the Court varies but a few cents, if any,
BENFIELD     from the amount appearing to be due on the notes; be-
v.
REYNOLDS.     sides there was no motion for a new trial.   It is very ap-
parent that there is no error in the record.

The judgment is affirmed with 10 per cent. damages
and costs.

*R. L. Walpole* and *K. Ferguson*, for the appellant.
*W. Wallace* and *B. Harrison*, for the appellee.